UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN ARMBRUST,<br><br>                    Plaintiff,<br><br>v.<br><br>SAN DIEGO HUMANE SOCIETY,<br><br>                    Defendant. | Case No.: 22-CV-623 JLS (JLB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>(ECF No. 3) |

On May 16, 2022, the Court issued an Order granting Plaintiff Sean Armbrust's Application to Proceed in District Court Without Prepaying Fees or Costs and dismissing without prejudice his Complaint pursuant to 28 U.S.C. § 1915(e)(2) due to lack of subject-matter jurisdiction. *See generally* ECF No. 3 (the "Order"). The Order granted Plaintiff until July 1, 2022, to file an amended complaint. *See id.* at 6. Plaintiff was warned that, "[s]hould Plaintiff fail to file an amended complaint on or before July 1, 2022, the Court will enter a final Order dismissing this civil action based both on Plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2) and his failure to prosecute in compliance with a court order requiring amendment." *Id.* (citation and emphases omitted). The Court noted that "[s]uch dismissal would be without prejudice to Plaintiff refiling his claim in state court." *Id.*

/ / /

Plaintiff did not file an amended complaint on or before July 1, 2022, in accordance with the Order; accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the above-named action.  The Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: July 6, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge