

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sean Armbrust,<br><br>                                    **Plaintiff,**<br>                        V.<br>San Diego Humane Society,<br><br><br>                                    **Defendant.** | Civil Action No.   22-cv-00623-JLS-JLB<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses without prejudice this civil action based both on Plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2) and his failure to prosecute in compliance with the May 16, 2022 court order requiring amendment.

Date:        7/6/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ T. Ferris

T. Ferris, Deputy